PAWB FORM 30  (03/12)

 

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 15-21758 CMB |
| Charles B. Cross ) | |
| Barbara A. Cross ) | Chapter 7 |
|    Debtors ) | |
| ) | |
| Charles B. Cross ) | |
| Barbara A. Cross ) | |
|    Movants ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth M. Steinberg, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:

| | |
|---|---|
| April 25, 2017 | /s/ Kenneth M. Steinberg |
| DATE | Kenneth M. Steinberg |
| | Attorney for the Debtors |
| | |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | kenny.steinberg@steidl-steinberg.com |
| | PA I.D. No. 31244 |

Credit One
PO Box 60500
City of Industry, CA  91716

Discover
PO Box 15192
Wilmington, DE  19850

Jefferson Hospital
575 Coal Valley Road
Pittsburgh, PA  15236

Kay Jewelers
375 Ghent Road
Akron, OH  44333

Kohl's
PO Box 3084
Milwaukee, WI  53201

Pagoda
Southland Shopping Center
Pittsburgh, PA  15236

Premier Bank Card
PO Box 2208
Vacaville, CA  95696

Wal-Mart
PO Box 530927
Atlanta, GA  30353

Highmark
PO Box 382054
Pittsburgh, PA  15251