IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: Charles B. Cross | ) | |
| Barbara A. Cross | ) | Case No. 15-21758 CMB |
| Debtors | ) | |
| | ) | Chapter 7 |
| Charles B. Cross | ) | Docket No. |
| Barbara A. Cross | ) | |
| Movants | ) | |

## RULE 1019 REPORT

AND NOW, come the debtors, Charles and Barbara Cross by and through their attorney Kenneth M. Steinberg, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. This case was commenced on May 14, 2015 when the debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This case was converted to Chapter 7 by Order of Court dated April 24, 2017. Subsequent to the filing of the Chapter 13 petition, but prior to conversion of the case to Chapter 7, the debtors have not entered into or assumed any executory contracts and have not acquired any additional or new property, either real or personal. However, during this time period, the debtors have incurred additional debts and these are as follows:

Credit One
PO Box 60500
City of Industry, CA  91716

Discover
PO Box 15192
Wilmington, DE  19850

Jefferson Hospital
575 Coal Valley Road
Pittsburgh, PA  15236

Kay Jewelers
375 Ghent Road
Akron, OH  44333

Kohl's
PO Box 3084
Milwaukee, WI  53201

Pagoda
Southland Shopping Center
Pittsburgh, PA  15236

Premier Bank Card
PO Box 2208
Vacaville, CA  95696

Wal-Mart
PO Box 530927
Atlanta, GA  30353

Highmark
PO Box 382054
Pittsburgh, PA  15251

  WHEREFORE, the debtors, Charles and Barbara Cross respectfully file this Rule 1019 Report.

            Respectfully submitted,

April 25, 2017      /s/ Kenneth M. Steinberg
DATE         Kenneth M. Steinberg, Esquire
            Attorney for the Debtor
            STEIDL & STEINBERG
            Suite 2830 – Gulf Tower
            707 Grant Street
            Pittsburgh, PA  15219
            (412) 391-8000
            PA I. D. No.  31244
            kenny.steinberg@steidl-steinberg.com