IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Charles B. Cross | ) | Case No.15-21758 CMB |
| Barbara A. Cross | ) | Chapter 7 |
|    Debtors | ) | Related Docket No. 42 |
| | ) | |
| Charles B. Cross | ) | Hearing Date and Time: |
| Barbara A. Cross | ) | June 13, 2017 at 1:30 pm |
|    Movants | ) | |
| | ) | |
|        vs. | ) | |
| Ally Bank, Ally Financial, American | ) | |
| InfoSource LP, Bernstein & Burkley PC, | ) | |
| Natalie Lutz Cardiello, Chase, Credit One, | ) | |
| Direct TV, Discover, Duquesne Light | ) | |
| Company, Equitable Gas Company, KML | ) | |
| Law Group, Highmark, Internal Revenue | ) | |
| Service, Jefferson Hospital, Key Jewelers, | ) | |
| Kohl's, Office of the United States Trustee, | ) | |
| Pagoda, Pennsylvania Department of | ) | |
| Revenue, Premier Bank Card, Wal-Mart, | ) | |
| S. James Wallace | ) | |
|    Respondents | ) | |

## CERTIFICATE OF SERVICE OF ORDER OF COURT

I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 25, 2017.

The type of service made on the parties was Service by First-Class Mail.

If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: April 25, 2017
By:     /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
leslie.nebel@steidl-steinberg.com

Label Matrix for local noticing
0315-2
Case 15-21758-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Apr 25 11:29:53 EDT 2017

Ally Bank
PO Box 380902
Minneapolis, MN 55438-0902

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

Peter J. Ashcroft
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106-1826

Chase
PO Box 24696
Columbus, OH 43224-0696

Credit One
PO Box 60500
City of Industry, CA 91716-0500

Barbara A. Cross
205 Southern Street
McKeesport, PA 15133-2439

Charles B. Cross
205 Southern Street
McKeesport, PA 15133-2439

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Discover
PO Box 15192
Wilmington, DE  19850

Duquesne Light Company
Payment Processing Center
Pittsburgh, PA 15267-0001

Duquesne Light Company
c/o Peter J. Ashcroft,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

Equitable Gas Bankruptcy Department
Attn:  Judy Gawlowski
225 North Shore Drive 2nd Floor
Pittsburgh, PA 15212-5860

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Highmark
PO Box 382054
Pittsburgh, PA 15251-8054

Internal Revenue Service
1000 Liberty Ave Room 711B
Pittsburgh, PA 15222-4107

Jefferson Hospital
575 Coal Valley Road
Pittsburgh, PA  15236

Kay Jewelers
375 Ghent Road
Akron, OH 44333-4600

Kohls
PO Box 3084
Milwaukee, WI 53201-3084

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pagoda
Southland Shopping Center
Pittsburgh, PA  15236

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Premier Bank Card
PO Box 2208
Vacaville, CA 95696-8208

Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219-1908

Wal-Mart
PO Box 530927
Atlanta, GA 30353-0927

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
c/o AFNI
2230 E Imperial Highway
El Segundo, CA  90245

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Duquesne Light Company                    (u)JPMORGAN CHASE BANK, N.A.                    (u)U.S. Bank National Association, Et Al...

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31