**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charles B. Cross** | Social Security number or ITIN **xxx–xx–2554** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Barbara A. Cross** | Social Security number or ITIN **xxx–xx–6859** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**       **5/14/15** |
| Case number:   **15–21758–CMB** | | Date case converted to chapter **7**   **4/24/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles B. Cross | Barbara A. Cross |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 205 Southern Street<br>McKeesport, PA 15133 | 205 Southern Street<br>McKeesport, PA 15133 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000 |
| 5. | **Bankruptcy trustee**<br>Name and address | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Contact phone 412–276–4043 |
| | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | | |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 4/24/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **July 10, 2017 at 10:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/8/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/10/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/10/15** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-21758-CMB
Charles B. Cross                                                Chapter 7
Barbara A. Cross
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: gamr              Page 1 of 2              Date Rcvd: Apr 24, 2017
                             Form ID: 309B           Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb       +Charles B. Cross,    Barbara A. Cross,    205 Southern Street,    McKeesport, PA 15133-2439
aty          +Andrew F Gornall,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty           Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
              Pittsburgh, PA  15219-1900
aty          +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
14112730      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA  90051-5478
14046306     +Chase,    PO Box 24696,    Columbus, OH 43224-0696
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: julie.steidl@steidl-steinberg.com Apr 25 2017 02:03:00      Kenneth M. Steinberg,
              Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA  15219
tr           +EDI: QNLCARDIELLO.COM Apr 25 2017 01:23:00      Natalie Lutz Cardiello,    107 Huron Drive,
              Carnegie, PA 15106-1826
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2017 02:04:16      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 25 2017 02:04:30
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14046305     +EDI: GMACFS.COM Apr 25 2017 01:23:00      Ally Bank,    PO Box 380902,
              Minneapolis, MN 55438-0902
14050759      EDI: GMACFS.COM Apr 25 2017 01:23:00      Ally Financial,    PO Box 130424,
              Roseville, MN 55113-0004
14052961      EDI: DIRECTV.COM Apr 25 2017 01:23:00      Direct TV,    c/o AFNI,    2230 E Imperial Highway,
              El Segundo, CA  90245
14046307     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 25 2017 02:06:03       Duquesne Light Company,
              Payment Processing Center,    Pittsburgh, PA 15267-0001
14117583     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 25 2017 02:06:03       Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14110235     +EDI: IRS.COM Apr 25 2017 01:23:00      Internal Revenue Service,    1000 Liberty Ave Room 711B,
              Pittsburgh, PA 15222-4107
                                                                                               TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            JPMORGAN CHASE BANK, N.A.
cr            U.S. Bank National Association, Et Al...
                                                                                  TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: gamr             Page 2 of 2            Date Rcvd: Apr 24, 2017
                              Form ID: 309B          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
          bkgroup@kmllawgroup.com
         Kenneth M. Steinberg    on behalf of Joint Debtor Barbara A. Cross
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          ;clivingston@steidl-steinberg.com
         Kenneth M. Steinberg    on behalf of Debtor Charles B. Cross julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          ;clivingston@steidl-steinberg.com
         Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                                                               TOTAL: 9