**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CHARLES B. CROSS
BARBARA A. CROSS
    Debtor(s)

Case No.: 15-21758

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/14/2015 and confirmed on 08/17/2015. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,400.00 |
| Less Refunds to Debtor | 1,873.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,526.92 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 1,530.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,930.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CHASE MORTGAGE | 0.00 | 18,155.04 | 0.00 | 18,155.04 |
|     Acct: 0696 | | | | |
|   CHASE MORTGAGE | 8,200.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0696 | | | | |
|   ALLY FINANCIAL(*) | 14,450.00 | 10,352.32 | 2,089.56 | 12,441.88 |
|     Acct: 5370 | | | | |
| | | | | 30,596.92 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES B. CROSS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES B. CROSS | 1,873.08 | 1,873.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,785.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2554 | | | | |

| 15-21758 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY* | 561.07 | 0.00 | 0.00 | 0.00 |
| Acct: 6859 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 196.24 | 0.00 | 0.00 | 0.00 |
| Acct: 0186 | | | | |
| ALLY FINANCIAL(*) | 9,706.05 | 0.00 | 0.00 | 0.00 |
| Acct: 5370 | | | | |
| INTERNAL REVENUE SERVICE* | 1,133.56 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2554 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 30,596.92 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 3,785.00 | |
| SECURED | 22,650.00 | |
| UNSECURED | 11.596.92 | |

Date: 05/30/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com