**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charles B. Cross** | Social Security number or ITIN  **xxx–xx–2554** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Barbara A. Cross** | Social Security number or ITIN  **xxx–xx–6859** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–21758–CMB**

# Order of Discharge                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles B. Cross                                        Barbara A. Cross

9/12/17                                                 **By the court:**   Carlota M. Bohm
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 15-21758-CMB
Charles B. Cross                                                        Chapter 7
Barbara A. Cross
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr                  Page 1 of 2                  Date Rcvd: Sep 12, 2017
                              Form ID: 318                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db/jdb         +Charles B. Cross,    Barbara A. Cross,    205 Southern Street,    McKeesport, PA 15133-2439
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
14112730        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
14046306       +Chase,   PO Box 24696,    Columbus, OH 43224-0696
14409690       +Highmark,   PO Box 382054,    Pittsburgh, PA 15251-8054
14409684        Jefferson Hospital,    575 Coal Valley Road,    Pittsburgh, PA 15236
14409687        Pagoda,   Southland Shopping Center,    Pittsburgh, PA 15236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QNLCARDIELLO.COM Sep 13 2017 02:28:00      Natalie Lutz Cardiello,    107 Huron Drive,
                 Carnegie, PA 15106-1826
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2017 02:32:30       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +EDI: PRA.COM Sep 13 2017 02:28:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14046305       +EDI: GMACFS.COM Sep 13 2017 02:28:00      Ally Bank,    PO Box 380902,
                 Minneapolis, MN 55438-0902
14050759        EDI: GMACFS.COM Sep 13 2017 02:28:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
14409682       +EDI: RCSFNBMARIN.COM Sep 13 2017 02:28:00      Credit One,    PO Box 60500,
                 City of Industry, CA 91716-0500
14052961        EDI: DIRECTV.COM Sep 13 2017 02:28:00      Direct TV,    c/o AFNI,   2230 E Imperial Highway,
                 El Segundo, CA 90245
14409683        EDI: DISCOVER.COM Sep 13 2017 02:28:00      Discover,    PO Box 15192,    Wilmington, DE 19850
14418687        EDI: DISCOVER.COM Sep 13 2017 02:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14046307       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 13 2017 02:33:08       Duquesne Light Company,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
14117583       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 13 2017 02:33:08       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14110235       +EDI: IRS.COM Sep 13 2017 02:28:00      Internal Revenue Service,    1000 Liberty Ave Room 711B,
                 Pittsburgh, PA 15222-4107
14409685       +E-mail/Text: ebnsterling@weltman.com Sep 13 2017 02:32:14       Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14409686       +EDI: CBSKOHLS.COM Sep 13 2017 02:28:00      Kohls,    PO Box 3084,    Milwaukee, WI 53201-3084
14676949       +EDI: RESURGENT.COM Sep 13 2017 02:28:00      PYOD, LLC its successors and assigns as assignee,
                 of FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14663467       +EDI: PRA.COM Sep 13 2017 02:28:00      Portfolio Recovery Associate, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
14409688       +E-mail/Text: csidl@sbcglobal.net Sep 13 2017 02:32:54       Premier Bank Card,    PO Box 2208,
                 Vacaville, CA 95696-8208
14409689       +EDI: RMSC.COM Sep 13 2017 02:28:00      Wal-Mart,    PO Box 530927,    Atlanta, GA 30353-0927
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, N.A.
cr              U.S. Bank National Association, Et Al...
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr              Page 2 of 2                Date Rcvd: Sep 12, 2017
                              Form ID: 318            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Barbara A. Cross
               julie.steidl@steidl-steinberg.com,
              kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Debtor Charles B. Cross julie.steidl@steidl-steinberg.com,
              kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```